The following constitutes
the order of the court. Signed June 25, 2012

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

```
In re                                    No. 11-45544 WJL
                                         Chapter 7
Miguel Gonzalez,
Norma Gonzalez,

         Debtors.
_____/

Fidelity National Title,                 A.P. No. 11-4269
Insurance Company,

         Plaintiff,

    vs.

Miguel Gonzalez,
Norma Gonzalez,

         Defendants.
_____/
```

**MEMORANDUM RE: HEARING ON MOTION TO RECONSIDER ORDER
DENYING REOPENING AND REQUEST FOR FEES**

On June 27, 2012, a hearing will take place regarding the Defendants' Motion to Reconsider Order Denying Reopening and Request for Fees. The Court provides this memorandum to make the Defendants' counsel aware of a potential obstacle to this Court's consideration of the relief requested.

On May 3, 2012, the Court entered its order denying the Defendants' motion to reopen the above-captioned adversary proceeding and request for an award of fees and costs pursuant to 11 U.S.C. § 523(d) (the "Order"). On May 17, 2012, the Defendants filed a timely notice of appeal of the Order to the United States Bankruptcy Appellate Panel for the Ninth Circuit ("BAP"). On the same day the Defendants filed the appeal, the Defendants later filed a motion to reconsider the Order.

As a general matter, the filing of a timely notice of appeal divests the lower court of jurisdiction over the subject matter of the appeal. See In re Combined Metals Reduction Co., 557 F.2d 179, 200 (9th Cir. 1977) (citations omitted). Thus, after a notice of appeal is timely filed, a bankruptcy court no longer has the power to reconsider its order. Id.

The Court requests that Defendants' counsel be prepared to address this Court's ability to reconsider its order where Defendants have filed a timely notice of appeal.

END OF DOCUMENT

COURT SERVICE LIST

Case: 11-04269   Doc# 55   Filed: 06/25/12   Entered: 06/26/12 14:28:13   Page 3 of 3